## NORMAN GAINES *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 125 Conn. App. 97 (AC 30699), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the judgment of the habeas court determining that the petitioner's trial counsel had rendered ineffective assistance of counsel and was entitled to a new trial because said ineffective assistance was prejudicial to the petitioner?"

The Supreme Court docket number is SC 18760.

*C. Robert Satti, Jr.,* supervisory assistant state's attorney, and *John C. Smriga,* state's attorney, in support of the petition.

*James B. Streeto,* assistant public defender, in opposition.

Decided March 16, 2011

---

## RICHARD A. DANZIG, TRUSTEE *v.* PDPA, INC., ET AL.

The petition by the defendants Patricia Dadi and Ahmed A. Dadi for certification for appeal from the Appellate Court, 125 Conn. App. 242 (AC 31456) and 125 Conn. App. 254 (AC 31457), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Ahmed A. Dadi,* pro se, and *Patricia Dadi,* pro se, in support of the petition.

*Timothy P. Pothin,* in opposition.

Decided March 16, 2011